IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| JERRINE HEARRON,                                 )<br>                                                                  )<br>              Plaintiff,                                    )<br>                                                                  )        CIVIL ACTION<br>v.                                                              )<br>                                                                  )        No. 10-2422-KHV<br>VIOTH INDUSTRIAL SERVICES, INC. f/k/a  )<br>PREMIER MANUFACTURING SUPPORT   )<br>SERVICES, INC.,                                        )<br>                                                                  )<br>              Defendant.                                 )<br>_____) | |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis on appeal. See Doc. #62. Plaintiff was previously granted in forma pauperis status in this action. See Doc. #4. She may therefore proceed in forma pauperis on appeal without filing a subsequent request unless the Court certifies that the appeal is taken in bad faith or that plaintiff is not otherwise entitled to proceed in forma pauperis. Fed. R. App. P. 24(a)(3). The Court has made no such certification. Accordingly, plaintiff's motion is moot because she is already entitled to proceed in forma pauperis. See e.g. Strope v. Pettis, No. 03-3383-JAR, 2005 WL 665130, at *1 (D. Kan. March 2, 2005).

**IT IS THEREFORE ORDERED** that plaintiff's Motion seeking leave to proceed in forma pauperis on appeal be and hereby is **OVERRULED** as moot.

Dated this 6th day of December, 2011 at Kansas City, Kansas.

                                                                              s/ Kathryn H. Vratil
                                                                              KATHRYN H. VRATIL
                                                                              United States District Judge